# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 17, 2023

## NO. 03-23-00047-CV

**Aqua Water Supply Corporation, Appellant**

**v.**

**Craig Washington, Appellee**

## APPEAL FROM THE 21ST DISTRICT COURT OF BASTROP COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND THEOFANIS
## DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE TRIANA

This is an appeal from the judgment signed by the trial court on January 11, 2023. Appellant has filed a motion to dismiss the appeal as moot, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal for want of jurisdiction. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.